# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * *    *
EDWARD ANTHONY,                           *
                                          *      No. 14-680
                     Petitioner,          *      Special Master Christian J. Moran
                                          *
v.                                        *      Filed: March 2, 2016
                                          *
SECRETARY OF HEALTH                       *      Proffer; damages; influenza ("flu")
AND HUMAN SERVICES,                       *      vaccine; shoulder injury related to
                                          *      vaccine administration; SIRVA
                     Respondent.          *
* * * * * * * * * * * * * * * * * * * *    *
```

Richard Gage, Richard Gage, P.C., Cheyenne, WY, for Petitioner;
Gordon Shemin, U.S. Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION[1]

On July 30, 2014, Edward Anthony filed a petition under the National Childhood Vaccine Injury Act, 42 C.F.R. §300aa-10 through 34 (2012), alleging that he suffered a chronic left shoulder injury related to his receipt of an influenza ("flu") vaccination in his left shoulder on October 31, 2011.

On October 28, 2014, a ruling found Mr. Anthony entitled to compensation.

After substantial negotiations, filings, and a hearing on the pain and suffering component of damages, on February 22, 2016, respondent filed a status report regarding damages. Petitioner does not object to the status report. Petitioner and respondent were able to agree on petitioner's past and future medical care, and thus the status report proffers those amounts. Disagreement

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

remains about the magnitude of damages for petitioner's pain and suffering.  The undersigned, however, held a hearing on February 2, 2016 on the pain and suffering issue, and subsequent orders on February 16 and 19, 2016, decided the petitioner's amount of compensation for pain and suffering.  Based on the February 19, 2016 order, petitioner and respondent are able to proffer the net present value of petitioner's pain and suffering.

The parties agree to the damages outlined in the February 22, 2016, status report, and the undersigned finds the damages reasonable.

Damages outlined in the status report:

1. **A lump sum payment of $291,842.00 representing compensation for life care expenses expected to be incurred during the first year after judgment ($42,530.00), pain and suffering ($248,540.00), and past unreimbursable expenses ($772.00), in the form of a check payable to petitioner, Edward Anthony.**

2. **An amount sufficient to purchase an annuity contract,[2] subject to the conditions described below, that will provide payments for the life care items contained in the life care plan, as illustrated by the charts at Appendix A, attached hereto, paid to the life insurance company[3] from which the annuity will be purchased.[4]  Compensation for Year Two (beginning on the first anniversary of the date of judgment) and all subsequent years shall be provided through respondent's purchase of an annuity, which annuity shall make payments directly to petitioner, Edward Anthony, only so long as Edward Anthony is alive at the time a**

---

[2] In respondent's discretion, respondent may purchase one or more annuity contracts from one or more life insurance companies.

[3] The Life Insurance Company must have a minimum of $250,000,000 capital and surplus, exclusive of any mandatory security valuation reserve.  The Life Insurance Company must have one of the following ratings from two of the following rating organizations:
  a.  A.M. Best Company: A++, A+, A+g, A+p, A+r, or A+s;
  b.  Moody's Investor Service Claims Paying Rating: Aa3, Aa2, Aa1, or Aaa;
  c.  Standard and Poor's Corporation Insurer Claims-Paying Ability Rating: AA-, AA, AA+, or AAA;
  d.  Fitch Credit Rating Company, Insurance Company Claims Paying Ability Rating: AA-, AA, AA+, or AAA.

[4] Petitioner authorizes the disclosure of certain documents filed by the petitioner in this case consistent with the Privacy Act and the routine uses described in the National Vaccine Injury Compensation Program System of Records, No. 09-15-0056.

**particular payment is due. Written notice shall be provided to the Secretary of Health and Human Services and the Life Insurance Company within twenty (20) days of Edward Anthony's death. At the Secretary's sole discretion, the periodic payments may be provided to petitioner in monthly, quarterly, annual or other installments. The totals set forth in Appendix A describe only the total yearly sum to be paid to petitioner and do not require that the payment be made in one annual installment. A four percent (4%) growth rate should be applied to all non-medical life care items, and a six percent (6%) growth rate should be applied to all medical life care items. Thus, the benefits illustrated in the chart at Appendix A that are to be paid through annuity payments should grow as follows: four percent (4%) compounded annually from the date of judgment for non-medical items, and six percent (6%) compounded annually from the date of judgment for medical items.**

3. **The above amounts represent compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment in case 14-680 according to this decision and the attached stipulation.[5]

Any questions may be directed to my law clerk, Dan Hoffman, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[5] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.

**Pet. Edward Anthony**
**D.O.B. 07/06/1949**

**DATE:** 02/17/16
**TIME:** 07:22 PM

**SUMMARY OF LIFE CARE ITEMS - AGREED LIFE CARE PLAN dated February 15, 2016**

| ITEM OF CARE | | Insurance | Medical Care | Ancillary Services | Supplies | Trans-portation | Home Services | TOTALS of Items with a 6.0% Growth Rate | TOTALS of Items with a 4.0% Growth Rate | TOTALS OF 4.0% & 6.0% ITEMS & APPLYING THE GROWTH RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| GROWTH RATE | | 6.0% | 6.0% | 6.0% | 6.0% | 4.0% | 4.0% | | | |
| AGE | YEAR | | | | | | | | | |
| 67 | 2016 | 1,454.00 | 11,640.11 | 2,894.50 | 619.96 | 670.00 | 23,295.87 | 16,609 | 23,966 | 42,530 |
| 68 | 2017 | 5,035.86 | 0.00 | 480.00 | 120.37 | 25.00 | 23,280.96 | 5,636 | 23,306 | 31,541 |
| 69 | 2018 | 5,035.86 | 0.00 | 480.00 | 120.37 | 25.00 | 23,280.96 | 5,636 | 23,306 | 32,929 |
| 70 | 2019 | 5,035.86 | 0.00 | 480.00 | 120.37 | 25.00 | 23,280.96 | 5,636 | 23,306 | 34,380 |
| 71 | 2020 | 5,035.86 | 0.00 | 480.00 | 120.37 | 25.00 | 23,280.96 | 5,636 | 23,306 | 35,898 |
| 72 | 2021 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 36,804 |
| 73 | 2022 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 38,422 |
| 74 | 2023 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 40,114 |
| 75 | 2024 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 41,883 |
| 76 | 2025 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 43,733 |
| 77 | 2026 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 45,667 |
| 78 | 2027 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 47,689 |
| 79 | 2028 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 49,804 |
| 80 | 2029 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 52,016 |
| 81 | 2030 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 54,330 |
| 82 | 2031 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 56,750 |
| 83 | 2032 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 59,282 |
| 84 | 2033 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 61,931 |
| 85 | 2034 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 64,703 |
| 86 | 2035 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 67,603 |
| 87 | 2036 | 5,035.86 | 0.00 | 0.00 | 120.37 | 25.00 | 23,280.96 | 5,156 | 23,306 | 70,638 |
| | | 102,171 | 11,640 | 4,815 | 3,027 | 1,170 | 488,915 | 121,653 | 490,085 | 1,008,645 |
| | | 16.70% | 1.90% | 0.79% | 0.49% | 0.19% | 79.92% | | | 100.00% |

*This Report was generated using Sequoia Settlement Services, Inc. Software (c) 1990*

# ANNUITY FUNDING PORTFOLIO

## AGREED LIFE CARE PLAN dated February 15, 2016

## 4.0 % and 6.0% GROWTH RATES

DATE: 02/17/16
TIME: 07:22 PM

Pet. Edward Anthony
D.O.B. 07/06/1949

| | | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|---|---|
| **Settlement Item** | | **TOTAL** | **ANNUAL** | **CASH &** | **ANNUITY** | **ANNUITY** | **ANNUITY** | **ANNUAL** | **CUMULATIVE** |
| **Starting Amount** | | **MEDICAL** | **STRUCTURED** | **ANNUITY** | **5,793** | **25,209** | **540** | **SAFETY** | **SAFETY** |
| **Inflation Factor** | | **CARE NEEDS** | **SETTLEMENT** | **LUMP** | **6.00%** | **4.00%** | **6.00%** | **MARGIN** | **MARGIN** |
| **Beginning Year** | | **2016** | **BENEFITS** | **SUMS** | **2017** | **2017** | **2017** | **2016** | **2016** |
| **Ending Year** | | **2036** | | | **LIFE** | **LIFE** | **2020** | **2036** | **2036** |
| | | TOTAL | S/S | Cash & | Deferred | Deferred | Deferred | Safety | Cum.Safety |
| AGE | YEAR | NEEDS | TOTAL | Lump Sums | Annuity | Annuity | Annuity | Margin | Margin |
| 67 | 2016 | 42,530 | 42,530 | 42,530 | | | | 0 | 0 |
| 68 | 2017 | 31,541 | 31,542 | | 5,793 | 25,209 | 540 | 1 | 2 |
| 69 | 2018 | 32,929 | 32,930 | | 6,141 | 26,217 | 572 | 1 | 3 |
| 70 | 2019 | 34,380 | 34,382 | | 6,509 | 27,266 | 607 | 2 | 5 |
| 71 | 2020 | 35,898 | 35,899 | | 6,900 | 28,357 | 643 | 2 | 6 |
| 72 | 2021 | 36,804 | 36,804 | | 7,314 | 29,491 | | 1 | 7 |
| 73 | 2022 | 38,422 | 38,423 | | 7,752 | 30,671 | | 1 | 8 |
| 74 | 2023 | 40,114 | 40,115 | | 8,217 | 31,897 | | 1 | 9 |
| 75 | 2024 | 41,883 | 41,884 | | 8,711 | 33,173 | | 1 | 10 |
| 76 | 2025 | 43,733 | 43,733 | | 9,233 | 34,500 | | 1 | 11 |
| 77 | 2026 | 45,667 | 45,667 | | 9,787 | 35,880 | | 1 | 12 |
| 78 | 2027 | 47,689 | 47,690 | | 10,374 | 37,315 | | 1 | 12 |
| 79 | 2028 | 49,804 | 49,805 | | 10,997 | 38,808 | | 1 | 13 |
| 80 | 2029 | 52,016 | 52,017 | | 11,657 | 40,360 | | 1 | 14 |
| 81 | 2030 | 54,330 | 54,331 | | 12,356 | 41,975 | | 1 | 15 |
| 82 | 2031 | 56,750 | 56,751 | | 13,097 | 43,654 | | 1 | 16 |
| 83 | 2032 | 59,282 | 59,283 | | 13,883 | 45,400 | | 1 | 17 |
| 84 | 2033 | 61,931 | 61,932 | | 14,716 | 47,216 | | 1 | 18 |
| 85 | 2034 | 64,703 | 64,704 | | 15,599 | 49,105 | | 1 | 19 |
| 86 | 2035 | 67,603 | 67,604 | | 16,535 | 51,069 | | 1 | 20 |
| 87 | 2036 | 70,638 | 70,639 | | 17,527 | 53,112 | | 1 | 21 |
| ITEMIZED TOTALS | | 1,008,645 | 1,008,667 | 42,530 | 213,099 | 750,676 | 2,362 | 21 | 21 |

*This Report was generated using Sequoia Settlement Services, Inc. Software (c) 1990*